Kauffman Will.

Argued September 29, 1950. Before DREW, C. J., STERN, STEARNE, JONES, LADNER and CHIDSEY, JJ.

564

*Spencer R. Liverant,* with him *Nevin Stetler* and *Markowitz & Liverant,* for appellants.

*W. Burg Anstine,* with him *Robert I. Shadle,* for appellee.

OPINION PER CURIAM, November 13, 1950:

The decree of the Orphans' Court of York County directing, inter alia, that the Register of Wills of that county, upon proper legal proofs of execution, to admit the written instrument to probate as decedent's last will and testament, and to grant letters of administration c.t.a. thereon according to law, is affirmed on the comprehensive opinion of President Judge GROSS. Appellants to pay the costs of this appeal.